RICHARD ROWLAND, RESPONDENT, *v.* BENJAMIN A. HEGEMAN, APPELLANT.

*Evidence.*

"The only exceptions presented by the appellant, where the ruling was claimed to have been erroneous, are those where the admission of the testimony was claimed to have been contrary to section 399 of the Code, as calling for a conversation between the witness and the testator. The testimony of the witness could not possibly have prejudiced the defendant. So far as it went, it was additional evidence of the same fact which the defendant had already sought to prove. As to the question of fact the referee did not err."

APPEAL from a judgment in favor of the plaintiff, entered on the report of a referee.

*Horace M. Hastings,* for the respondent.

*Convers & Lyman,* for the appellant.

Opinion by TALCOTT, J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed.